# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 21mj1397 KK | UNITED STATES vs. Tarrance | |
| Hearing Date: | 9/22/2021 | Time In and Out: | 10:55-11:50 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Hondo via Zoom |
| Defendant: | Lawrence Michael Tarrance, Jr. | Defendant's Counsel: | Irma Rivas |
| AUSA: | Paul Spiers | Pretrial/Probation: | A. Galaz |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain      ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☐ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause      ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☐ Defendant will remain in custody pending hearing
- ☒ Conditions of release imposed | Defendant will be released once quarantine period is completed

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Court calls case; counsel enter their appearances; government calls special agent E. Millar, sworn, direct; defense cross examination; government redirect; witness excused; court finds probable cause; government does not object to release; defense requests release to defendant's wife; court findings; court in recess.